■ In the Matter of J. E. Roze Associates, Inc., as Prime Contractor, and Apco Erectors, as Subcontractor, Petitioner, v Department of Labor of the State of New York, Respondent.—Determination unanimously confirmed and petition dismissed without costs. Memorandum: The determination of the Commissioner of Labor that petitioner Apco willfully failed to pay its employee prevailing wages is supported by substantial evidence. A violation of Labor Law § 220 is willful when the contractor acted knowingly, intentionally or deliberately *(Matter of Green Is. Constr. Co. v Roberts,* 139 AD2d 907; *Matter of Cam-Ful Indus. [Roberts],* 128 AD2d 1006) and where it knew or should have known of the violation *(Gross Plumbing & Heating Co. v Department of Labor,* 133 AD2d 524; *Matter of Cam-Ful Indus. [Roberts], supra).* There was testimony that Apco's president and principal shareholder, James E. Roze, knew the difference between a journeyman and an apprentice, but that Apco paid an employee as an apprentice when in fact he did the work of a journeyman. With respect to the charge that Apco willfully ignored the requirement that an apprentice be enrolled in a registered training program, there is evidence that such requirement was known to Apco's former co-owner, Jack Valder, and its present superintendent, Mark Kjar. The acts and knowledge of those individuals may be imputed to Apco. (Proceeding pursuant to Labor Law § 220.) Present—Callahan, J. P., Denman, Boomer, Balio and Davis, JJ.